be deprived thereof by a Rule of Court which violates both the enabling Act and the Constitution.

The Rule to Show Cause should be made absolute!

Mr. Justice MUSMANNO joins in this opinion.

Sapsara, Appellant, *v.* Peoples Cab Company.

Argued March 17, 1955. Before STERN, C. J., STEARNE, JONES, BELL, CHIDSEY, MUSMANNO and ARNOLD, JJ.

242

*Clair V. Duff,* with him *Robert A. Doyle* and *Duff & Doyle,* for appellant.

*Harland I. Casteel,* with him *Chas. Holmes Wolfe, Jr.* and *Campbell, Houck & Thomas,* for appellee.

OPINION PER CURIAM, April 18, 1955:
The judgment is affirmed on the opinion of Judge COLUMBUS.

Kerry, Appellant, *v.* Commonwealth.

Argued March 23, 1955. Before STERN, C. J., STEARNE, JONES, BELL, CHIDSEY, MUSMANNO and ARNOLD, JJ.